IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00130-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIGUEL GUILLON AMADOR | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion, (Doc. No. 140), requesting that the Court appoint counsel pursuant to 18 U.S.C. § 3006A(a) to represent him in pursuit of a sentence reduction under Fed. R. Crim. P. 35(b).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within thirty (30) days of the entry of this Order stating its interest in the proposed cooperation by the defendant.

Signed: September 21, 2016

Robert J. Conrad, Jr.
United States District Judge